FILED
SUPERIOR COURT
OF GUAM

2014 MAR -5 PH 5: 07

CLERK OF COURT
BY:_____

## IN THE SUPERIOR COURT
## OF GUAM

JOSE L. CEJOCO and PROMELINDA E.
CEJOCO.

     Plaintiffs.

   v.

JUAN CEPEDA GOMEZ, MELINDA M.
GOMEZ EMILIA D.SCHARFF and
GEORGE E. SCHARFF,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL CASE NO.: CV1147-12

**DECISION AND ORDER**

This matter came before the Honorable Judge Michael J. Bordallo on February 21, 2014, pursuant to Plaintiffs' motion to amend judgment and for relief. Having reviewed the motion and the file herein the Court hereby enters an order granting Plaintiffs' request. An amended partial judgment shall be entered forthwith.

SO ORDERED, this **5** day of **MAR.** 2014.

HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

Page 1 of 1

